```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| ARSELL LEWIS, JR., | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 04-6063 (NLH)(AMD) |
| v. | : | |
| DEVON BROWN, et al., | : | **ORDER** |
| Defendants. | : | |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 30th day of March, 2010

ORDERED that defendants' motions for summary judgment [113, 116] are GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to mark this matter as CLOSED.


                                          s/ Noel L. Hillman
At Camden, New Jersey                     NOEL L. HILLMAN, U.S.D.J.